BEFORE THE SECOND DIVISION, NOVEMBER 17, 1948

**No. 52684.**—Samuel S. Perry *v.* United States, protests 792809–G and 922749–G (San Francisco).

Opinion by TILSON, J. It was stipulated that the merchandise consists of so-called "artificial gut or artificial teguso," in chief value of silk, the same in all material respects as the merchandise the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.